UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**TERRI CRUTCHFIELD,**                             **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY**      **CASE NO: 13-1028-STA-dkv**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Affirming the Decision of the Commissioner entered on May 8, 2017, the decision of the Commissioner is AFFIRMED.**

                                                 **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 5/9/2017**                                **THOMAS M. GOULD**
                                                 **Clerk of Court**

                                                        **s/Maurice B. BRYSON**

                                                        **(By) Deputy Clerk**